**EXHIBIT A**

# Massachusetts
# Bricklayers and Masons
# Health, Pension and Annuity Funds

645 Morrissey Boulevard    •    Boston Massachusetts 02122    •    TEL. 617-436-5500    •    FAX 617-436-7414

August 29, 2018

Mr. Ricardo Pinto
C/O Luxus Marble & Granite LLC
1515 Elmwood Avenue
Cranston, RI 02910

Dear Mr. Pinto,

The Federal Employee Retirement Income Security Act of 1974 (ERISA) places significant responsibilities on the Board of Trustees to administer Health, Pension and Annuity Funds in an efficient and prudent manner. As part of these responsibilities, routine payroll audits are required to ensure that fringe benefit contributions are being paid in accordance with the BAC Local#3 MA/ME/NH/RI Collective Bargaining Agreement. The right to audit is stipulated in the Collective Bargaining Agreement and Trust Agreements.

This letter serves to inform you that the Massachusetts Bricklayers and Masons Trust Funds will conduct a payroll audit of your company for the period April 2015 through March 2018. Please arrange to have the following records available for the period of the audit on that, as applicable:

- Supporting work papers used with the preparation of employer contribution reports;
- Payroll journals and/or time cards reflecting wages, hours and job location by employee;
- Annual Federal and State Wage and Miscellaneous Income Statements (Forms W-2 and 1099);
- Quarterly Federal Tax Return (Form 941);
- Quarterly State Unemployment Tax Forms;
- General ledger, cash disbursement and cash receipts records;
- Job costing records (including certified payroll records);
- Schedule of jobs performed in the jurisdiction covered by the Collective Bargaining Agreement; and
- Any other information necessary to substantiate your payroll records.
- All of the above records pertaining to any other business entity that performs work covered by this Agreement, either under its own name or under the name of another wherein the Employer, through its officers, directors, partners or stockholders, exercises directly and indirectly (such as through family members), a significant degree of ownership, management and control.

The Auditor for the Trust Funds will soon be in contact to schedule a date to conduct the audit.

If you have any questions, kindly contact Gregory L. Sarno, Fund Auditor @ (617) 436-5500 ext.720.

Sincerely,

Charles M. Raso II
Executive Director